


JAN 17 2017

Clerk, U.S. District Court
District Of Montana
Helena

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

| | |
|---|---|
| LL LIQUOR, INC., d/b/a Lolo Liquor, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; STEVE BULLOCK, in his official capacity as the Governor of Montana; MONTANA DEPARTMENT OF REVENUE; MIKE KADAS, in his official capacity as the Director of the Montana Department of Revenue; and JOHN DOES I-X,<br><br>Defendants. | No. CV 15-71-H-SEH<br><br>**ORDER** |

The Joint Motion to Amend Briefing and Pretrial Order Deadlines[1] is GRANTED. The Court's scheduling Order of August 16, 2016,[2] is amended as follows:

---

[1] Doc. 32.

[2] Doc. 28.

All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: April 3, 2017

An attorneys' conference to discuss the final pretrial order preparation on or before: Week of June 12, 2017

Proposed final pretrial order on or before: June 30, 2017

All other matters and deadlines in the Court's Order of August 16, 2016,[3] remain in full force and effect.

DATED this 17th day of January, 2017.

Sam E. Haddon

SAM E. HADDON
United States District Judge

[3] Doc. 28.