# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

FILED
5/31/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| LL LIQUOR, INC., d/b/a Lolo Liquor, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; STEVE BULLOCK, in his official capacity as the Governor of Montana; MONTANA DEPARTMENT OF REVENUE; MIKE KADAS, in his official capacity as the Director of the Montana Department of Revenue; and JOHN DOES I-X,<br><br>Defendants. | No. CV 15-71-H-SEH<br><br>**ORDER** |

Plaintiff has filed a Motion in Limine. Nothing in the motion indicates compliance with L.R. 7.1(c)(1).

ORDERED:

Plaintiff's Motion in Limine[1] is DENIED without prejudice for failure to

---

[1] Doc. 85.

comply with L.R. 7.1(c)(1). Plaintiff may resubmit the motion in proper form.

DATED this 31st day of May, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge