IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| LL LIQUOR, INC., d/b/a Lolo Liquor, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; STEVE BULLOCK, in his official capacity as the Governor of Montana; MONTANA DEPARTMENT OF REVENUE; MIKE KADAS, in his official capacity as the Director of the Montana Department of Revenue; and JOHN DOES I-X,<br><br>Defendants. | No. CV 15-71-H-SEH<br><br>**ORDER** |

On September 20, 2019, the Court ordered briefing on the issue of post-judgment interest.[1] The parties filed simultaneous briefs as directed on October 11, 2019.[2] Response briefs were filed on October 25, 2019.[3]

---

[1] Doc. 100.

[2] Docs. 101 and 103.

[3] Docs. 104 and 105.

None of the briefs address whether 28 U.S.C. § 1961 has application to or is determinative of the issues before the Court.

ORDERED:

Each party shall have to and including November 1, 2019, in which to file a brief in support of its position as to the application of 28 U.S.C. § 1961 to the computation of interest issue before the Court. Optional response briefs may be filed on or before November 8, 2019.

DATED this 29th day of October, 2019.

SAM E. HADDON
United States District Judge