UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LL LIQUOR, INC., d/b/a Lolo Liquor, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; STEVE BULLOCK, in his official capacity as the Governor of Montana; MONTANA DEPARTMENT OF REVENUE; MIKE KADAS, in his official capacity as the Director of the Montana Department of Revenue; and JOHN DOES I-X,<br><br>Defendant. | Case No. CV-15-071-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 111), Plaintiff LL Liquor, Inc., is awarded judgment against Defendants State of Montana, Governor Steve Bullock, Montana Department of Revenue, and Director Mike Kadas in the principal amount of $5,000,000.00 USD. Post-judgment interest will accrue at 1.79% from and after October 1, 2019, until the judgment is satisfied.

Dated this 27th day of November 2019.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk