# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| LL LIQUOR, INC., d/b/a Lolo Liquor, a Montana corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; STEVE BULLOCK, in his official capacity as the Governor of Montana; MONTANA DEPARTMENT OF REVENUE; MIKE KADAS, in his official capacity as the Director of the Montana Department of Revenue; and JOHN DOES I-X,<br><br>                Defendants. | No. CV 15-71-H-SEH<br><br>**AMENDED JUDGMENT** |

On November 24, 2020, the Ninth Circuit Court of Appeals issued its Memorandum on appeal of this case,[1] vacating the Judgment issued by this Court and ordering that a new judgment, bearing post-judgment interest at a rate of 10%, be entered.[2]

---

[1] *See* Doc. 117.

[2] *See* Doc. 117 at 6.

ORDERED:

Plaintiff LL Liquor, Inc., shall have and is awarded judgment against Defendants State of Montana, Governor Steve Bullock, Montana Department of Revenue, and Director Mike Kadas in the principal amount of $5,000,000.00 USD, plus interest at the rate of 10% per annum from and after October 1, 2019, until the judgment is satisfied.

DATED this ___ day of February, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge